JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FRANK BOWMAN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>OHIO PARSEC, INC., an Ohio Corporation; JOHN DOE, an Individual; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO.  2:23-CV-4550-MWF (BFMx)<br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT** |

The Court has reviewed the parties' Stipulation to Remand to State Court (the "Stipulation") filed September 18, 2023.  For good cause shown, **IT IS HEREBY ORDERED** as follows:

    1.    The Parties' Stipulation is hereby **GRANTED**;

    2.    The present action is hereby remanded to the Superior Court of the State of California for the County of Los Angeles, as associated with Case No. 23STCV10255, the Honorable Stephen I. Goorvitch presiding, for all further proceedings and final disposition;

    3.    Upon the remand of this action to State Court, the present proceedings in Federal Court, Case No. 2:23-cv-04550-MWF-BFM, shall be deemed as inactive; and

4. All future hearings and deadlines in this action, including the trial date, as set by the District Court [Docket No. 13] are hereby **VACATED**.

IT IS SO ORDERED.

Dated: September 18, 2023

_____
**MICHAEL W. FITZGERALD**
United States District Judge

4866-2064-3968, v. 1